**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-15285 |
| | § | |
| ELVIN DOWNEY | § | |
| SHEILA DOWNEY | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/12/2013. The undersigned trustee was appointed on 04/12/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                           $2,100.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $37.14 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,062.86 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/22/2013 and the deadline for filing government claims was 10/22/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $525.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $525.00, for a total compensation of $525.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $33.48, for total expenses of $33.48.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/27/2015        By:  /s/ David P. Leibowitz
                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-15285-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DOWNEY, ELVIN AND DOWNEY, SHEILA | Date Filed (f) or Converted (c): | 04/12/2013 (f) |
| For the Period Ending: | 1/27/2015 | §341(a) Meeting Date: | 06/12/2013 |
| | | Claims Bar Date: | 10/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 1912 S. 22nd Ave, Maywood IL 60153 | $160,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account with Charter One | $165.08 | $0.00 | | $0.00 | FA |
| 4 | Checking account with Seaway Bank and Trust | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous Household Goods, Lien held by Dell | $100.00 | $100.00 | | $0.00 | FA |
| 7 | Miscellaneous books, cd's, videos | $200.00 | $154.46 | | $0.00 | FA |
| 8 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 9 | Miscellaneous costume jewelry | $500.00 | $150.00 | | $0.00 | FA |
| 10 | Retirement thru employer | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 2007 Nissan Murano, Lien held by Santander | $11,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2001 Chevy Impala, Lien held by Central Credit Union, will surrender | $4,425.00 | $660.00 | | $0.00 | FA |
| 13 | 2006 Chrysler 300C, 65,964miles | $8,500.00 | $2,100.00 | | $2,100.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$185,990.08    $3,164.46    $2,100.00    $0.00

**Major Activities affecting case closing:**

| 10/22/2014 | Notice of Hearing and Objection to Claim(s) 2 of U.S. Department of HUD filed; Hearing  11/13/14 |
| 09/25/2014 | Follow up with U.S. Department of Hud 405-609-8469 regarding FHA Case No. 1373839963 |
| 02/20/2014 | Chris |
| | U.S. Departmetn of HUD c/o Deval LLC RE Proof of claim No. 2 |
| | 972-445-9315 |
| 09/11/2013 | Received $2100.00 for non exempt equity in Chrysler 300C - Prepared motion to sell estate's interest |
| 07/17/2013 | Debtors will send in $2100.00 for equity in vehicle in a week or so. |
| 07/03/2013 | Sent request for titles and amendments |

| Initial Projected Date Of Final Report (TFR): | 09/30/2014 | /s/ DAVID LEIBOWITZ |
| Current Projected Date Of Final Report (TFR): | | DAVID LEIBOWITZ |

Page No: 1
Exhibit B
FORM 2
Case 13-15285 Doc 36 Filed 03/26/15 Entered 03/26/15 09:30:17 Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 4 of 11

| Case No. | 13-15285-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DOWNEY, ELVIN AND DOWNEY, SHEILA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0042 | | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | **-***0043 | | Account Title: | |
| For Period Beginning: | 4/12/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/27/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/20/2013 | (13) | Sheila Downey | Payment for equity on vehicle. | 1129-000 | $2,100.00 | | $2,100.00 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.31 | $2,098.69 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.05 | $2,095.64 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.38 | $2,092.26 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.37 | $2,088.89 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.26 | $2,085.63 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.58 | $2,082.05 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $2,079.02 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.13 | $2,075.89 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.13 | $2,072.76 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.56 | $2,069.20 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.01 | $2,066.19 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.33 | $2,062.86 |
| | | | **TOTALS:** | | $2,100.00 | $37.14 | $2,062.86 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,100.00 | $37.14 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,100.00 | $37.14 | |

| For the period of 4/12/2013 to 1/27/2015 | | For the entire history of the account between 08/20/2013 to 1/27/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,100.00 | Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 | Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $37.14 | Total Compensable Disbursements: | $37.14 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.14 | Total Comp/Non Comp Disbursements: | $37.14 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-15285-PSH | |
| **Case Name:** | DOWNEY, ELVIN AND DOWNEY, SHEILA | |
| **Primary Taxpayer ID #:** | **-***0042 | |
| **Co-Debtor Taxpayer ID #:** | **-***0043 | |
| **For Period Beginning:** | 4/12/2013 | |
| **For Period Ending:** | 1/27/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******8501 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,100.00 | $37.14 | $2,062.86 |

**For the period of 4/12/2013 to 1/27/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $37.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/12/2013 to 1/27/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $37.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No.: | 13-15285-PSH | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | DOWNEY, ELVIN AND DOWNEY, SHEILA | | | | | | | | Date: | 1/27/2015 |
| Claims Bar Date: | 10/22/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $33.48 | $0.00 | $0.00 | $0.00 | $33.48 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $525.00 | $0.00 | $0.00 | $0.00 | $525.00 |
| 1 | ATLAS ACQUISITIONS LLC (GENERAL ELECTRIC CAPIT)<br>294 Union St.<br>Hackensack NJ 07601 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $466.17 | $0.00 | $0.00 | $0.00 | $466.17 |
| 2 | U.S. DEPARTMENT OF HUD<br><br>c/o Deval LLC<br>1255 Corporate Drive, #300<br>Irving TX 75038 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (2-1) HUD Partial Claim Program

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR RJM ACQUISITIONS, LLC<br>as assignee of SCIENCE FICTION BOOK CLUB<br>PO Box 268850<br>Oklahoma City OK 73126-8850 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $162.92 | $0.00 | $0.00 | $0.00 | $162.92 |
| 4 | RJM ACQUISITIONS LLC<br><br>575 Underhill Blvd, Suite 224<br>Syosset NY 11791 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (4-1) CLUB PURCHASES

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | DELL FINANCIAL SERVICES, LLC<br><br>Resurgent Capital Services<br>PO Box 10390<br>Greenville SC 29603-0390 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,916.14 | $0.00 | $0.00 | $0.00 | $1,916.14 |

| Case No.: | 13-15285-PSH | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DOWNEY, ELVIN AND DOWNEY, SHEILA | | | | | | | | Date: 1/27/2015 |
| Claims Bar Date: | 10/22/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | MERRICK BANK<br><br>Resurgent Capital Services<br>PO Box 10368<br>Greenville SC 29603-0368 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,205.81 | $0.00 | $0.00 | $0.00 | $2,205.81 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo CA 90245 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $384.19 | $0.00 | $0.00 | $0.00 | $384.19 |
| 8 | NICOR GAS<br><br>po box 549<br>Aurora Il 60507 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,943.72 | $0.00 | $0.00 | $0.00 | $2,943.72 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Roundup Funding L.L.C.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $853.67 | $0.00 | $0.00 | $0.00 | $853.67 |
| | | | | | $9,491.10 | $0.00 | $0.00 | $0.00 | $9,491.10 |

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 13-15285-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | DOWNEY, ELVIN AND DOWNEY, SHEILA | **Date:** 1/27/2015 |
| **Claims Bar Date:** | 10/22/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $6,260.64 | $6,097.72 | $0.00 | $0.00 | $0.00 | $6,097.72 |
| Payments to Unsecured Credit Card Holders | $2,834.90 | $2,834.90 | $0.00 | $0.00 | $0.00 | $2,834.90 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $14,452.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $525.00 | $525.00 | $0.00 | $0.00 | $0.00 | $525.00 |
| Trustee Expenses | $33.48 | $33.48 | $0.00 | $0.00 | $0.00 | $33.48 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 13-15285
Case Name: ELVIN DOWNEY
SHEILA DOWNEY
Trustee Name: David P. Leibowitz

Balance on hand: $2,062.86

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $2,062.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $525.00 | $0.00 | $525.00 |
| David P. Leibowitz, Trustee Expenses | $33.48 | $0.00 | $33.48 |

Total to be paid for chapter 7 administrative expenses: $558.48
Remaining balance: $1,504.38

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,504.38

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,504.38

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,932.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC  (General Electric Capit) | $466.17 | $0.00 | $78.51 |
| 3 | American InfoSource LP as agent for RJM Acquisitions, LLC | $162.92 | $0.00 | $27.44 |
| 5 | Dell Financial Services, LLC | $1,916.14 | $0.00 | $322.71 |
| 6 | MERRICK BANK | $2,205.81 | $0.00 | $371.49 |
| 7 | American InfoSource LP as agent for DIRECTV, LLC | $384.19 | $0.00 | $64.70 |
| 8 | Nicor Gas | $2,943.72 | $0.00 | $495.76 |
| 9 | PYOD, LLC its successors and assigns as assignee | $853.67 | $0.00 | $143.77 |

Total to be paid to timely general unsecured claims:     $1,504.38
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**