# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-15285 |
| | § | |
| ELVIN DOWNEY | § | |
| SHEILA DOWNEY | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/28/2015, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/03/2015                    By:   /s/ David P. Leibowitz
                                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-15285 |
| | § | |
| ELVIN DOWNEY | § | |
| SHEILA DOWNEY | § | |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* <u>$2,100.00</u>
*and approved disbursements of* <u>$37.14</u>
*leaving a balance on hand of[1]:* <u>$2,062.86</u>

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $2,062.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $525.00 | $0.00 | $525.00 |
| David P. Leibowitz, Trustee Expenses | $33.48 | $0.00 | $33.48 |

Total to be paid for chapter 7 administrative expenses: $558.48
Remaining balance: $1,504.38

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,504.38

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,504.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,932.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC  (General Electric Capit) | $466.17 | $0.00 | $78.51 |
| 3 | American InfoSource LP as agent for RJM Acquisitions, LLC | $162.92 | $0.00 | $27.44 |
| 5 | Dell Financial Services, LLC | $1,916.14 | $0.00 | $322.71 |
| 6 | MERRICK BANK | $2,205.81 | $0.00 | $371.49 |
| 7 | American InfoSource LP as agent for DIRECTV, LLC | $384.19 | $0.00 | $64.70 |
| 8 | Nicor Gas | $2,943.72 | $0.00 | $495.76 |
| 9 | PYOD, LLC its successors and assigns as assignee | $853.67 | $0.00 | $143.77 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,504.38 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: _____ $0.00
Remaining balance: _____ $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: _____ $0.00
Remaining balance: _____ $0.00

Prepared By:    /s/ David P. Leibowitz _____
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-15285-PSH
Elvin Downey                                                        Chapter 7
Sheila Downey
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez          Page 1 of 2              Date Rcvd: Apr 06, 2015
                              Form ID: pdf006        Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2015.
```
db/jdb        +Elvin Downey,    Sheila Downey,    1912 S. 22nd Ave,   Maywood, IL 60153-2804
20322358      +American Express,    Box 47500,    Jacksonville, FL 32247-7500
21100989      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
20763861      +Atlas Acquisitions LLC   (General Electric Capit),    294 Union St.,   Hackensack, NJ 07601-4303
20322361      +Beckett & Lee,    P.O. Box 3024,    Malvern, PA 19355-0724
20322362       Blitt & Gaines PC,    661 Glenn Ave,    Wheeling, IL 60090-6017
20322363       Capital One,    PO Box 30275,    Salt Lake City, UT 84130-0275
20322367      +Collection,    15 Union St,    Lawrence, MA 01840-1866
20322369       Cook County Health & Hospital,    25706 Network Pl,    Chicago, IL 60673-1257
20322370       Cook County Hospital,    PO BOX 70121,    Chicago, IL 60673-5698
20322371      +Credit Protection Association,    PO Box 802068,    Dallas, TX 75380-2068
20322372     ++DELL FINANCIAL SERVICES,     P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Payment Processing Center,
               P.O. Box 4125,    Carol Stream, IL 60197-4125)
20322373      +Direct Merchants,    C/O Metris Companies Inc,    17600 N. Perimeter Dr,
               Scottsdale, AZ 85255-5435
20322374       Encore Receivable Management,    PO Box 3330,    Olathe, KS 66063-3330
20322375      +Eye Care associates,    Linda S Weil, OD,    3800 highland Ave #100,
               Downers Grove, IL 60515-1559
20322377      +GMAC Mortgage,    3451 Hammond Ave.,    Waterloo, IA 50702-5300
20322379       HSBC,    PO Box 5264,    Carol Stream, IL 60197-5264
20322378      +Harris,    Attn: Bankruptcy Department,    3800 Golf Rd. Suite 300,
               Rolling Meadows, IL 60008-4037
20322380       Humana,    PO Box 2020,    La Grange, KY 40031-2020
20322382      +Illinois Child Suppo.,    Bankruptcy/Mail Drop: 509-4-42,    509 S 6th St.,
               Springfield, IL 62701-1809
20322383      +Illinois Collection Service Agency,    PO Box 1010,    Tinley Park, IL 60477-9110
20322385      +Loyola Ambulatory Surgery Center,    1S224 Summit Ave,    Oakbrook Terrace, IL 60181-3983
20322386       Loyola University Medical Center,    P.O. Box 95994,    Chicago, IL 60694-5009
20322387      +Loyola University Physicians,    Box 98418,    Chicago, IL 60693-8418
20322388      +Maywood Fire Dept,    c/o Dependon Collection Serv,    7627 W. Lake St, 210,
               River Forest, IL 60305-1878
20322390      +Messer & Stilp ltd,    166 W Washington Suite 300,    Chicago, IL 60602-2390
20322391       Midlake Medical corp,    2930 S Michigan Ste 101,    Chicago, IL 60616-3484
20322392      +Midnight Velvet,    1112 7th Ave.,    Monroe, WI 53566-1364
20322393      +Nadine Walker,    132 North Elmwood, Apt. A3,    Oak Park, IL 60302-2629
20322394       Nationwide Credit,    PO Box 740652,    Atlanta, GA 30374-0652
20322399      +North Shore Agency,    270 Spagnoli Rd.,    Melville, NY 11747-3516
20322400     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates LLC,     P.O. Box 12914,
               Norfolk, VA 23541)
20322401      +Santander Consumer,    P.O. Box 961245,    Fort Worth, TX 76161-0244
20322403      +The Leading Man,    32 E. Adams,    Chicago, IL 60603-5602
20322404      +Transworld Systems,    9302 N. Meridan,    Suite 135,    Indianapolis, IN 46260-1820
20788081      +U.S. Department of HUD,    c/o Deval LLC,    1255 Corporate Drive, #300,    Irving, TX 75038-2585
20322406      +Valentine & Kebartars, Inc.,    15 Union St.,    Lawrence, MA 01840-1866
20322407      +Village of Maywood,    Water Department,    801 S. 5th Avenue,    Maywood, IL 60153-2010
20336502       eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20322357      +E-mail/Text: abcrecoveryinc@aol.com Apr 07 2015 00:41:01      Abc Credit & Recovery,
               4736 Main St Apt #,    Lisle, IL 60532-1753
20870636       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 07 2015 01:00:14
               American InfoSource LP as agent for,    RJM Acquisitions, LLC,
               as assignee of SCIENCE FICTION BOOK CLUB,    PO Box 268850,    Oklahoma City, OK  73126-8850
20322359      +E-mail/Text: g17768@att.com Apr 07 2015 00:39:06      Ameritech,    Law Department,
               Suite 27A 225 W. Randolph Street,    Chicago, IL 60606-1839
20428028      +E-mail/Text: bnc@atlasacq.com Apr 07 2015 00:39:14      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
20322362       E-mail/Text: mmeyers@blittandgaines.com Apr 07 2015 00:42:26      Blitt & Gaines PC,
               661 Glenn Ave,    Wheeling, IL 60090-6017
20322364      +E-mail/Text: collectionsgroup@centralcu.net Apr 07 2015 00:41:02      Central Credit Un Of I,
               1001 Mannheim Rd,    Bellwood, IL 60104-2391
20322365      +E-mail/Text: collectionsgroup@centralcu.net Apr 07 2015 00:41:02      Central Credit Union,
               1001 Manheim Rd,    Bellwood, IL 60104-2391
20322366      +E-mail/Text: contact@csicollects.com Apr 07 2015 00:42:50      Certified Services,
               1733 Washington Ste. 201,    Waukegan, IL 60085-5192
20322368       E-mail/Text: legalcollections@comed.com Apr 07 2015 00:42:13      Com Ed,    PO Box 6111,
               Carol Stream, IL 60197-6111
20322376      +E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2015 00:48:36      Gecrb/jcp Ppp,    Po Box 965005,
               Orlando, FL 32896-5005
```

```
District/off: 0752-1          User: bchavez              Page 2 of 2          Date Rcvd: Apr 06, 2015
                             Form ID: pdf006            Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20322381          E-mail/Text: HWIBankruptcy@hunterwarfield.com Apr 07 2015 00:40:38       Hunter Warfield,
                  3111 W Martin Luther Kin,   Tampa, FL 33607
20322384          E-mail/Text: cio.bncmail@irs.gov Apr 07 2015 00:39:29       IRS,
                  Centralized Insolvency Operations,   PO BOX 7346,   Philadelphia, PA 19101-7346
21089370          E-mail/Text: bkr@cardworks.com Apr 07 2015 00:38:50       MERRICK BANK,
                  Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
20322389         +E-mail/Text: bkr@cardworks.com Apr 07 2015 00:38:50       Merrick Bk,   Attn: Bankruptcy,
                  P.O. Box 23356,   Pittsburg, PA 15221-6356
20322396         +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 07 2015 00:40:50       NCO Fin/99,
                  PO Box 15636,   Wilmington, DE 19850-5636
20322398         +E-mail/Text: bankrup@aglresources.com Apr 07 2015 00:38:51       Nicor Gas,
                  Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
21103551         +E-mail/Text: bankrup@aglresources.com Apr 07 2015 00:38:51       Nicor Gas,   po box 549,
                  Aurora Il 60507-0549
21125836         +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2015 00:49:00
                  PYOD, LLC its successors and assigns as assignee,   of Roundup Funding L.L.C.,
                  Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
20874082         +E-mail/Text: rjm@ebn.phinsolutions.com Apr 07 2015 00:39:49       Rjm Acquisitions Llc,
                  575 Underhill Blvd, Suite 224,   Syosset, NY 11791-4437
20322405         +Fax: 866-419-3894 Apr 07 2015 02:04:49   US Cellular,   PO Box 0203,
                  Palatine, IL 60078-0203
                                                                             TOTAL: 20


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21062731*       ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                  (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                  PO Box 10390,   Greenville, SC 29603-0390)
20322360        ##+Ayn Candace Downey,   618 North Almond Street,   Carbondale, IL 62901-1308
20322397        ##+NCO Financial,   P.O. Box 4187,   South Bend, IN 46634-4187
20322395        ##+Nationwide Credit & Collection,   815 Commerce Dr. Suite 100,   Oak Brook, IL 60523-8839
20322402        ##+Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
                                                                     TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2015                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2015 at the address(es) listed below:
```
              David J Frankel    on behalf of Creditor    Santander Consumer USA Inc., as assignee from HSBC Auto
               Finance, Inc. dfrankel@sormanfrankel.com,  ckauffman@sormanfrankel.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               i164@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               i164@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ross T Brand    on behalf of Creditor    GMAC Mortgage, LLC rbrand@fisherandshapirolaw.com,
               bknotice@klueverplatt.com
              Terrance S Leeders    on behalf of Debtor Elvin   Downey tleeders@leederslaw.com
              Terrance S Leeders    on behalf of Joint Debtor Sheila   Downey tleeders@leederslaw.com
                                                                                 TOTAL: 7
```