**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-15285 |
| | § | |
| ELVIN DOWNEY | § | |
| SHEILA DOWNEY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $143,629.46 | Assets Exempt: | $40,260.62 |
| Total Distributions to Claimants: | $1,504.38 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $595.62 | | |

3) Total gross receipts of $2,100.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,100.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $254,176.72 | $14,452.77 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $595.62 | $595.62 | $595.62 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $15,244.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $45,231.75 | $9,095.54 | $8,932.62 | $1,504.38 |
| **Total Disbursements** | $314,652.47 | $24,143.93 | $9,528.24 | $2,100.00 |

4). This case was originally filed under chapter 7 on 04/12/2013. The case was pending for 27 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2015   By:   /s/ David P. Leibowitz
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2006 Chrysler 300C, 65,964miles | 1129-000 | $2,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,100.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | U.S. Department of HUD | 4110-000 | $0.00 | $14,452.77 | $0.00 | $0.00 |
| | Central Credit Un Of I | 4110-000 | $3,765.00 | $0.00 | $0.00 | $0.00 |
| | GMAC Mortgage | 4110-000 | $240,518.36 | $0.00 | $0.00 | $0.00 |
| | Santander Consumer | 4110-000 | $8,695.80 | $0.00 | $0.00 | $0.00 |
| | Village of Maywood | 4110-000 | $1,197.56 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$254,176.72** | **$14,452.77** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $525.00 | $525.00 | $525.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $33.48 | $33.48 | $33.48 |
| Green Bank | 2600-000 | NA | $37.14 | $37.14 | $37.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $595.62 | $595.62 | $595.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

|  | Ayn Candace Downey | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
|  | Illinois Child Suppo | 5800-000 | $14,644.00 | $0.00 | $0.00 | $0.00 |
|  | Illinois Child Suppo | 5800-000 | $40.00 | $0.00 | $0.00 | $0.00 |
|  | IRS | 5800-000 | $560.00 | $0.00 | $0.00 | $0.00 |
|  | Nadine Walker | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$15,244.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (General Electric Capit) | 7100-900 | $1,054.00 | $466.17 | $466.17 | $78.51 |
| 3 | American InfoSource LP as agent for RJM Acquisitions, LLC | 7100-900 | $0.00 | $162.92 | $162.92 | $27.44 |
| 4 | Rjm Acquisitions Llc | 7100-000 | $0.00 | $162.92 | $0.00 | $0.00 |
| 5 | Dell Financial Services, LLC | 7100-000 | $1,916.00 | $1,916.14 | $1,916.14 | $322.71 |
| 6 | MERRICK BANK | 7100-900 | $2,205.00 | $2,205.81 | $2,205.81 | $371.49 |
| 7 | American InfoSource LP as agent for DIRECTV, LLC | 7100-000 | $0.00 | $384.19 | $384.19 | $64.70 |
| 8 | Nicor Gas | 7100-000 | $5,183.96 | $2,943.72 | $2,943.72 | $495.76 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $853.67 | $853.67 | $143.77 |
|  | Abc Credit & Recovery | 7100-000 | $259.00 | $0.00 | $0.00 | $0.00 |
|  | American Express | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Ameritech | 7100-000 | $1,422.37 | $0.00 | $0.00 | $0.00 |
|  | Beckett & Lee | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Blitt & Gaines PC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Capital One | 7100-000 | $3,071.00 | $0.00 | $0.00 | $0.00 |
|  | Central Credit Union | 7100-000 | $4,419.00 | $0.00 | $0.00 | $0.00 |
|  | Certified Services | 7100-000 | $2,993.00 | $0.00 | $0.00 | $0.00 |
|  | Collection | 7100-000 | $467.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Com Ed | 7100-000 | $398.00 | $0.00 | $0.00 | $0.00 |
| Cook County Health & Hospital | 7100-000 | $495.00 | $0.00 | $0.00 | $0.00 |
| Cook County Hospital | 7100-000 | $1,456.00 | $0.00 | $0.00 | $0.00 |
| Credit Protection Association | 7100-000 | $338.00 | $0.00 | $0.00 | $0.00 |
| Direct Merchants | 7100-000 | $3,202.00 | $0.00 | $0.00 | $0.00 |
| Encore Receivable Management | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Eye Care associates | 7100-000 | $374.00 | $0.00 | $0.00 | $0.00 |
| Harris | 7100-000 | $1,711.00 | $0.00 | $0.00 | $0.00 |
| HSBC | 7100-000 | $3,701.00 | $0.00 | $0.00 | $0.00 |
| Humana | 7100-000 | $147.00 | $0.00 | $0.00 | $0.00 |
| Hunter Warfield | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Illinois Collection Service Agency | 7100-000 | $1,608.00 | $0.00 | $0.00 | $0.00 |
| Loyola Ambulatory Surgery Center | 7100-000 | $287.00 | $0.00 | $0.00 | $0.00 |
| Loyola University Medical Center | 7100-000 | $1,076.42 | $0.00 | $0.00 | $0.00 |
| Loyola University Physicians | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| Maywood Fire Dept | 7100-000 | $711.00 | $0.00 | $0.00 | $0.00 |
| Messer & Stilp ltd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Midlake Medical corp | 7100-000 | $17.00 | $0.00 | $0.00 | $0.00 |
| Midnight Velvet | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
| Nationwide Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Nationwide Credit & Collection | 7100-000 | $1,567.00 | $0.00 | $0.00 | $0.00 |
| NCO Fin/99 | 7100-000 | $384.00 | $0.00 | $0.00 | $0.00 |
| NCO Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| North Shore Agency | 7100-000 | $48.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Target National Bank | 7100-000 | $2,582.00 | $0.00 | $0.00 | $0.00 |
| The Leading Man | 7100-000 | $1,100.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---:|---:|---:|---:|
| Transworld Systems | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| US Cellular | 7100-000 | $884.00 | $0.00 | $0.00 | $0.00 |
| Valentine & Kebartars, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $45,231.75 | $9,095.54 | $8,932.62 | $1,504.38 |

Case 13-15285    Doc 41    Filed 07/09/15    Entered 07/09/15 14:09:39    Desc Main
                                  Document      Page 6 of 10

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-15285-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DOWNEY, ELVIN AND DOWNEY, SHEILA | Date Filed (f) or Converted (c): | 04/12/2013 (f) |
| For the Period Ending: | 7/7/2015 | §341(a) Meeting Date: | 06/12/2013 |
| | | Claims Bar Date: | 10/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Estate located at 1912 S. 22nd Ave, Maywood IL 60153 | $160,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Checking account with Charter One | $165.08 | $0.00 | | $0.00 | FA |
| 4 | Checking account with Seaway Bank and Trust | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Miscellaneous Household Goods | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Miscellaneous Household Goods, Lien held by Dell | $100.00 | $100.00 | | $0.00 | FA |
| 7 | Miscellaneous books, cd's, videos | $200.00 | $154.46 | | $0.00 | FA |
| 8 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 9 | Miscellaneous costume jewelry | $500.00 | $150.00 | | $0.00 | FA |
| 10 | Retirement thru employer | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 2007 Nissan Murano, Lien held by Santander | $11,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2001 Chevy Impala, Lien held by Central Credit Union, will surrender | $4,425.00 | $660.00 | | $0.00 | FA |
| 13 | 2006 Chrysler 300C, 65,964miles | $8,500.00 | $2,100.00 | | $2,100.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $185,990.08 | $3,164.46 | | $2,100.00 | $0.00 |

**Major Activities affecting case closing:**

| 01/27/2015 | Prepared TFR for attorney review |
|---|---|
| 10/22/2014 | Notice of Hearing and Objection to Claim(s) 2 of U.S. Department of HUD filed; Hearing 11/13/14 |
| 09/25/2014 | Follow up with U.S. Department of Hud 405-609-8469 regarding FHA Case No. 1373839963 |
| 02/20/2014 | Chris |
| | U.S. Departmetn of HUD c/o Deval LLC RE Proof of claim No. 2 |
| | 972-445-9315 |
| 09/11/2013 | Received $2100.00 for non exempt equity in Chrysler 300C - Prepared motion to sell estate's interest |
| 07/17/2013 | Debtors will send in $2100.00 for equity in vehicle in a week or so. |
| 07/03/2013 | Sent request for titles and amendments |

| **Initial Projected Date Of Final Report (TFR):** | 09/30/2014 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ |

| Case No. | 13-15285-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DOWNEY, ELVIN AND DOWNEY, SHEILA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0042 | Checking Acct #: | ******8501 |
| Co-Debtor Taxpayer ID #: | **-***0043 | Account Title: | |
| For Period Beginning: | 4/12/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/7/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/20/2013 | (13) | Sheila Downey | Payment for equity on vehicle. | 1129-000 | $2,100.00 | | $2,100.00 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.31 | $2,098.69 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.05 | $2,095.64 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.38 | $2,092.26 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.37 | $2,088.89 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.26 | $2,085.63 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.58 | $2,082.05 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.03 | $2,079.02 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.13 | $2,075.89 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.13 | $2,072.76 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.56 | $2,069.20 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.01 | $2,066.19 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.33 | $2,062.86 |
| 05/06/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $525.00 | $1,537.86 |
| 05/06/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $33.48 | $1,504.38 |
| 05/06/2015 | 3003 | Dell Financial Services, LLC | Claim #: 5; Amount Claimed: 1,916.14; Amount Allowed: 1,916.14; Distribution Dividend: 16.84; | 7100-000 | | $322.71 | $1,181.67 |
| 05/06/2015 | 3004 | American InfoSource LP as agent for DIRECTV, LLC | Claim #: 7; Amount Claimed: 384.19; Amount Allowed: 384.19; Distribution Dividend: 16.84; | 7100-000 | | $64.70 | $1,116.97 |
| 05/06/2015 | 3005 | Nicor Gas | Claim #: 8; Amount Claimed: 2,943.72; Amount Allowed: 2,943.72; Distribution Dividend: 16.84; | 7100-000 | | $495.76 | $621.21 |
| 05/06/2015 | 3006 | PYOD, LLC its successors and assigns as assignee | Claim #: 9; Amount Claimed: 853.67; Amount Allowed: 853.67; Distribution Dividend: 16.84; | 7100-000 | | $143.77 | $477.44 |
| 05/06/2015 | 3007 | Atlas Acquisitions LLC (General Electric Capit) | Claim #: 1; Amount Claimed: 466.17; Amount Allowed: 466.17; Distribution Dividend: 16.84; | 7100-900 | | $78.51 | $398.93 |
| 05/06/2015 | 3008 | American InfoSource LP as agent for RJM | Claim #: 3; Amount Claimed: 162.92; Amount Allowed: 162.92; Distribution Dividend: 16.84; | 7100-900 | | $27.44 | $371.49 |
| 05/06/2015 | 3009 | MERRICK BANK | Claim #: 6; Amount Claimed: 2,205.81; Amount Allowed: 2,205.81; Distribution Dividend: 16.84; | 7100-900 | | $371.49 | $0.00 |

Case 13-15285 Doc 41 Filed 07/09/15 Entered 07/09/15 14:09:36 Desc Main

| | | | | **SUBTOTALS** | $2,100.00 | $2,100.00 |
|---|---|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-15285-PSH | |
| **Case Name:** | DOWNEY, ELVIN AND DOWNEY, SHEILA | |
| **Primary Taxpayer ID #:** | **-***0042 | |
| **Co-Debtor Taxpayer ID #:** | **-***0043 | |
| **For Period Beginning:** | 4/12/2013 | |
| **For Period Ending:** | 7/7/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******8501 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,100.00 | $2,100.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,100.00 | $2,100.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,100.00 | $2,100.00 | |

**For the period of 4/12/2013 to 7/7/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/20/2013 to 7/7/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Case 13-15285  Doc 41  Filed 07/09/15  Entered 07/09/15 14:09:39  Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document  Page 10 of 10

| | | |
|---|---|---|
| **Case No.** | 13-15285-PSH | |
| **Case Name:** | DOWNEY, ELVIN AND DOWNEY, SHEILA | |
| **Primary Taxpayer ID #:** | **-***0042 | |
| **Co-Debtor Taxpayer ID #:** | **-***0043 | |
| **For Period Beginning:** | 4/12/2013 | |
| **For Period Ending:** | 7/7/2015 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******8501 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,100.00 | $2,100.00 | $0.00 |

**For the period of 4/12/2013 to 7/7/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/12/2013 to 7/7/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |